| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) BARRETT, MICHAEL R. | 2. Court or Organization UNITED STATES DISTRICT COURT OHIO – SOUTHERN | 3. Date of Report 12/19/05 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) DISTRICT JUDGE | 5. Report Type (check appropriate type) _X_ Nomination, Date __12/16/05__ ___ Initial ___ Annual ___ Final | 6. Reporting Period 1/1/04 – 11/30/05 |
| 7. Chambers or Office Address 105 East Fourth Street, Ste. 500 Cincinnati, Ohio 45202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Shareholder | Barrett & Weber, LPA |
| Partner | Old Walnut Company |
| Board Member (former) | Hamilton County Board of Elections |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1994 | Graydon, Head & Ritchey Retirement Plan with former law firm, no control |
| 1995 | Barrett & Weber LPA, Profit Sharing Plan and 401K upon retirement at age 65 or upon termination |
| 1995 | Barrett & Weber LPA, 15 shares non-interest bearing-funds upon termination |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| ☐ NONE (No reportable non-investment income.) | | |
|---|---|---|
| 2005 | Barrett & Weber, LPA | $106,420 YTD |
| 2005 | Hamilton County Board of Elections | 13,520 YTD |
| 2004 | Barrett & Weber, LPA (including bonus) | $695,446 |
| 2004 | Hamilton County Board of Elections | 19,823 |
| 2003 | Barrett & Weber, LPA | $174,184 |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| ☒ NONE (No reportable non-investment income.) | |
|---|---|
| | |
| | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts.) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X NONE (No reportable liabilities.) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

# VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-59 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| ☐ NONE (No reportable income, assets, | | | | | | | | | |
| 1 US Bank accounts | A | int. | K | T | Exempt | | | | |
| 2 US Bank accounts cust. | A | int. | N | W | | | | | |
| 3 US Bank acct. agency | C | div. | N | W | | | | | |
| 4 Abbott Labs<br>Cintas Corp. | | | | | | | | | |
| 5 Hospira, Inc.<br>First Am. Treasury | | | | | | | | | |
| 6 A.G. Edwards - custodial | C | int. | L | W | | | | | |
| 7 US Bank acct. foundation | C | int. | K | W | | | | | |
| 8 MFS Heritage Trust IRA | B | int. | K | W | | | | | |
| 9 Old Walnut Company | D | int. | N | W | | | | | |
| 10 Fifth Third Bancorp stock | E | div. | O | W | | | | | |
| 11 Procter & Gamble stock | C | div. | M | W | | | | | |
| 12 Graydon Head & Ritchey | E | div. | M | W | — | | | | |
| 13 Barrett & Weber 401K | E | div. | M | W | | | | | |
| 14 Columbus Life Ins. | | None | J | W | | | | | |
| 15 Western Southern LIfe | | None | J | W | | | | | |
| 16 J.M. Smucker Co. stock | A | div. | J | W | | | | | |
| 17 Huntington Bank stock | A | div. | J | W | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(S | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |

# VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-59 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18   St. Martin Association | | None | J | W | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

II. **AGREEMENTS:**

   2000      Public Employes Retirement System - Pension upon retirement at age 65

III. **NON-INVESTMENT INCOME:**

| | |
|---|---|
| 2003 Hamilton County Board of Elections | $ 27,914 |
| 2003 American Financial Corp. - Special Director's Fee | $ 53,000 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Michael R. Barrett_
MICHAEL R. BARRETT

Date _December 19, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 38 | 061 | 71 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 1,190 | 896 | 00 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | 7 | 500 | 00 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned-add schedule | | | | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | 54 | 800 | 00 | Chrysler Finance - Auto Loan | 13 | 000 | 00 |
| Cash value-life insurance | 10 | 519 | 79 | US Bank - Auto Loan | 25 | 650 | 00 |
| Other assets itemize: | | | | | | | |
| See attached schedule | 1,215 | 572 | 88 | | | | |
| | | | | | | | |
| | | | | Total liabilities | 46 | 150 | 00 |
| | | | | Net Worth | 2,463 | 700 | 38 |
| Total Assets | 2,509 | 850 | 38 | Total liabilities and net worth | 2,509 | 850 | 38 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | YES | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | YES | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |